Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; NEWPORT COVE III OWNERS ASSOCIATION, a Nevada non-profit corporation; TSAN-LI YUEH SUN, and individual.<br><br>Defendants. | Case No. 2:17-cv-02035-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO NEWPORT COVE III OWNERS ASSOCIATION'S MOTION TO DISMISS (ECF NO. 6)**<br><br>(First Request) |

Defendant Newport Cove III Owners Association ("Newport Cove") filed a Motion to Dismiss (the "Motion") on October 11, 2017. *See* Motion to Dismiss (ECF No. 6). Plaintiff JPMorgan Chase Bank, N.A.'s ("Chase") response to the Motion is currently due by October 25, 2017, and the undersigned parties now stipulate and agree that the time for Chase to file its response to the Motion shall be extended for two weeks, up to and including November 8, 2017. This brief extension of time will

DMWEST #17146321 v1

provide Chase sufficient time to brief the issues raised in the Motion and accommodate the schedule of counsel.

This is the first stipulation to extend time for Chase's response to the Motion, and the request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: October 26, 2017

| BALLARD SPAHR LLP | GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP |
|---|---|
| By: /s/ Maria A. Gall<br>Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Victor F. Luke<br>Matthew L. Grode, Esq.<br>Nevada Bar No. 6326<br>Victor F. Luke, Esq.<br>Nevada Bar No. 13714<br>1140 N. Town Center Drive, Ste 300<br>Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Defendant Newport Cove III Owners Association* |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: October 27, 2017.