Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-cv-02035-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING POSTING SECURITY FOR COSTS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; NEWPORT COVE III OWNERS ASSOCIATION, a Nevada non-profit corporation; TSAN-LI YUEH SUN, and individual. | |
| Defendants. | |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant Newport Cove III Owners Association, by and through their counsel of record, request the entry of an order authorizing Chase to deposit security for costs. On October 16, 2017, SFR filed and served a Demand for Security of Costs Pursuant to NRS 18.130(1). *See* ECF No. 13. Accordingly, pursuant to NRS 18.130(1), the parties stipulate to an order permitting Chase to deposit a check for $500.00 with the Clerk of the Court. The parties further stipulate

DMWEST #17146957 v1

that, pursuant to NRS 18.130, SFR shall answer or otherwise respond to the Complaint within ten (10) days of notice that the funds have been deposited with the Court.

**IT IS SO STIPULATED.**

Dated: October 19, 2017

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ Maria A. Gall | By: /s/ Diana S. Ebron |
| Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar no. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC* |

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Victor F. Luke
    Matthew L. Grode, Esq.
    Nevada Bar No. 6326
    Victor F. Luke, Esq.
    Nevada Bar No. 13714
    1140 N. Town Center Drive, Ste 300
    Las Vegas, Nevada 89144

*Attorneys for Defendant Newport Cove III Owners Association*

IT IS HEREBY ORDERED that SFR's Demand for Securityof Costs (ECF No. 13) is DENIED as MOOT.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

October 27, 2017
DATED: _____

2