Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; NEWPORT COVE III OWNERS ASSOCIATION, a Nevada non-profit corporation; TSAN-LI YUEH SUN, and individual. <br><br> Defendants. | Case No. 2:17-cv-02035-RFB-VCF <br><br> **STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., NEWPORT COVE III OWNERS ASSOCIATION, AND SFR INVESTMENTS POOL 1 LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 14, 2018** |

DMWEST #18168885 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant Newport Cove III Owners Association ("Newport Cove III") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 4730 O'Bannon Drive, Unit A, Las Vegas, NV 89102 (the "Property") following a homeowner's association foreclosure sale conducted on July 27, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20041223-0002774 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have agreed to release their respective claims, and further agreed that the claims between them shall be DISMISSED with prejudice.

4. As Tsan-Li Yueh Sun has not appeared in this action, Chase hereby voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131231-0000485 and 20170802-0001754 be, and the same hereby are, EXPUNGED.

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on November 14, 2017 pursuant to this Court's Order [ECF No. 23] shall be discharged and released to the Ballard Spahr LLP Trust Account.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

8. The Parties further agree to lift the stay entered March 14, 2018 [ECF

DMWEST #18168885 v1

No. 44];

9. Each party in this case number 2:17-cv-02035-RFB-VCF shall bear its own attorneys' fees and costs.

Dated: December 10, 2018

BALLARD SPAHR LLP

By: /s/ Kyle A. Ewing
 Joel E. Tasca, Esq.
 Nevada Bar. No. 14124
 Maria A. Gall, Esq.
 Nevada Bar No. 14200
 Lindsay C. Demaree, Esq.
 Nevada Bar No. 11949
 Kyle A. Ewing, Esq.
 Nevada Bar. No. 14051
 1980 Festival Plaza Dr. Suite 900
 Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
 Diana S. Ebron, Esq.
 Nevada Bar No. 10580
 Jacqueline A. Gilbert, Esq.
 Nevada Bar No. 10593
 Karen Hanks, Esq.
 Nevada Bar No. 9578
 7625 Dean Martin Dr., Suite 110
 Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Victor F. Luke
 Matthew L. Grode, Esq.
 Nevada Bar No. 6326
 Victor F. Luke, Esq.
 Nevada Bar No. 13714
 1140 N. Town Center Drive, Ste 300
 Las Vegas, Nevada 89144

*Attorneys for Defendant Newport Cove III Owners Association*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: December 11, 2018.

3

DMWEST #18168885 v1